UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MOSLEY ET AL | * |
| | * |
| VS. | *   CIVIL ACTION NO.: 2:23-cv-00614 |
| | * |
| | *   Judge Darrel James Papillion |
| PLAQUEMINES PARISH ET AL | * |
| | *   Magistrate Judge Karen Wells Roby |

*************************************************************************

ENTRY OF DEFAULT

Plaintiffs, Lavar Mosley, and Danielle Owens, individually, and on behalf of their minor son K.M. request that the clerk of court enter default against defendant pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant is hereby entered pursuant to Federal Rule of Civil Procedure 55(a). Dated this _____ day of _____, 2023.

**DENIED**

_Courtney Ancar_

Carol L. Michel
Clerk of Court, Eastern District of Louisiana